**Continuing Abatement Order filed December 31, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00463-CV
_____

**CHRISTOPHER MICHAEL DUPUY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18982**

---

## ABATEMENT ORDER

On October 15, 2020, we abated this appeal for the filing a reporter's record of a hearing conducted June 4, 2019. On December 23, 2020, the reporter's record of that hearing was filed in this court.

We hereby direct the Judge of the 280th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before January 15, 2021;

that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

The appeal remaines abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the certification that delivery of the record to appellant has been made. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.